**Michelle T. Friend**
**Joseph L. Breitenbach**
**HEDGER FRIEND, P.L.L.C.**
**2800 Central Avenue, Suite C**
**Billings, Montana  59102**
**(406) 896-4100**
**(406) 896-4199 - facsimile**
mfriend@hedgerlaw.com
jbreitenbach@hedgerlaw.com

**Attorneys for BNSF Railway Company**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **MARK VOELKER,** | ) Cause No. CV-18-172- DLC |
| | ) |
| Plaintiff, | ) |
| | ) **BNSF'S RULE 7.1 DISCLOSURE** |
| vs. | ) **STATEMENT** |
| | ) |
| **BNSF RAILWAY COMPANY,** | ) |
| a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant, BNSF Railway Company, in compliance with Rule 7.1(a), Fed.R.Civ.P., states as follows:

BNSF Railway Company (a Delaware corporation) is a wholly owned subsidiary of Burlington Northern Santa Fe, LLC (a Delaware limited liability company). National Indemnity Company ("NICO") (a Nebraska corporation) is

the sole member of Burlington Northern Santa Fe, LLC. NICO is a subsidiary of Berkshire Hathaway Inc. ("Berkshire") (a Delaware Corporation).

DATED this 27th day of November, 2018.

HEDGER FRIEND, P.L.L.C.


By: /s/ Michelle T. Friend
Attorney for BNSF Railway Company


## CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Hedger Friend, P.L.L.C., hereby certify that I served a true and complete copy of the foregoing **"BNSF'S RULE 7.1 DISCLOSURE STATEMENT"** on the following persons by the following means:

| | |
|---|---|
| _1, 2_ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk, U.S. District Court

2. William G. Jungbauer
   Christopher W. Bowman
   Yaeger & Jungbauer Barristers, PLC
   4601 Weston Woods Way
   St. Paul, MN 55127


DATE: 11/27/2018                    /s/ Michelle T. Friend    .