William G. Jungbauer, #3223
YAEGER & JUNGBAUER BARRISTERS, PLC
4601 Weston Woods Way
St. Paul, MN 55127
(651) 288-9500 – telephone
(651) 288-0227 – facsimile
wjungbauer@yjblaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARK VOELKER, | Cause No. 9:18-CV-172-DLC |
| Plaintiff, | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| vs. | |
| BNSF RAILWAY COMPANY, a Delaware corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that Lead Counsel for Plaintiff Mark Voelker, William G. Jungbauer, will be out of the office and unavailable to respond to motions, depositions, or other formal actions or attend a hearing in the above-captioned matter on the following dates:

- December 12, 2018 – January 2, 2019

Notice of Unavailability of Counsel - 1

- February 13-24, 2019

- June 6, 2019 – July 5, 2019

- September 11, 2019 – October 7, 2019

Plaintiff respectfully requests that no formal action in this case be noted between said dates nor immediately before or thereafter that would preclude adequate preparation.

                                                  Respectfully Submitted,

Dated: December 10, 2018        By: */s/ William G. Jungbauer*
                                            William G. Jungbauer, #3223
                                            Yaeger & Jungbauer Barristers, PLC
                                            4601 Weston Woods Way
                                            Saint Paul, MN 55127
                                            T:  (651) 288-9500
                                            F:  (651) 288-0227
                                            E:  wjungbauer@yjblaw.com

                                            *Attorneys for Plaintiff Mark Voelker*