IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| MARK VOELKER, | CV 18–172–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BNSF RAILWAY COMPANY, a Delaware corporation, | |
| Defendant. | |

Before the Court is Plaintiff Mark Voelker's Unopposed Motion for Leave to Allow Attorney Bowman to Attend Preliminary Conference via Telephone. (Doc. 10.)

IT IS ORDERED that the motion (Doc. 10) is GRANTED. Christopher W. Bowman, co-counsel for Voelker, will be advised of the call-in information prior to the conference.

Dated this 8th day of January, 2019.

Dana L. Christensen, Chief Judge
United States District Court

1