IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| MARK VOELKER,<br><br>               Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a<br>Delaware corporation,<br><br>               Defendant. | CV 18–172–M–DLC<br><br><br>ORDER |

Before the Court is Plaintiff Mark Voelker's Motion for *Pro Hac Vice* Admission of Christopher W. Bowman. (Doc. 12.) Mr. Bowman's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Christopher W. Bowman *pro hac vice* (Doc. 12) is GRANTED on the condition that Mr. Bowman shall do his own work. This means that Mr. Bowman must (1) do his own writing, (2) sign his own pleadings, motions, and briefs, and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

Mr. Bowman, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

Dated this 14th day of January, 2019.

Dana L. Christensen, Chief Judge
United States District Court