James E. Roberts
KNIGHT NICASTRO MACKAY, LLC
283 W. Front Street, Suite 203
Missoula, Montana 59802
Telephone:  (406) 206-7052
Facsimile:   (816) 396-6233
roberts@knightnicastro.com

**Attorneys for BNSF Railway Company**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARK VOELKER,<br><br>              Plaintiff,<br><br>   v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>              Defendant. | Cause No. CV-18-172-M-DLC<br><br>**NOTICE OF FIRM NAME, TELEPHONE NUMBER, AND FAX NUMBER CHANGE** |

TO THE CLERK OF COURT AND ALL INTERESTED PARTIES:

Please take notice that Knight Nicastro, LLC has changed its name to Knight Nicastro MacKay, LLC effective May 1, 2019. For the purpose of this matter, the firm address and email address remain the same. The new telephone number is (406) 206-7052. The new fax number is (816) 396-6233.

Please update your records accordingly.

DATED this 25th day of July, 2019.

                KNIGHT NICASTRO MACKAY, LLC


                By: */s/ James E. Roberts*
                     Attorney for BNSF Railway Company