IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARK VOELKER,<br><br>    Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a<br>Delaware corporation,<br><br>    Defendant. | CV 18–172–M–DLC<br><br><br>ORDER |

  Plaintiff, by and through his attorney William Jungbauer, moves this Court for the admission of David L. Tomenes *pro hac vice* in the above-captioned matter. (Doc. 76.) Mr. Jungbauer represents that he intends to act as local counsel. (*Id.*) Mr. Tomenes' application appears to be in order.

  Accordingly, IT IS ORDERED that the motion to appear *pro hac vice* (Doc. 76) is GRANTED on the condition that he does his own work. This means that Mr. Tomenes must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Tomenes shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Tomenes files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 28th day of September, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court