William G. Jungbauer
John D. Magnuson
David L. Tomenes, *pro hac vice*
YAEGER & JUNGBAUER BARRISTERS, PLC
4601 Weston Woods Way
St. Paul, MN 55127
(651) 288-9500 – telephone
wjungbauer@yjblaw.com
jmagnuson@yjblaw.com
dtomenes@yjblaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARK VOELKER,<br><br>    Plaintiff,<br><br>    v.<br><br>BNSF RAILWAY COMPANY,<br>a Delaware Corporation,<br><br>    Defendant. | Cause No. 9:18-CV-172-DLC<br><br>**VOELKER'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

    COMES NOW Plaintiff Mark Voelker, by and through his undersigned attorneys, respectfully moves this Court for an granting summary judgment under Fed. R. Civ. P. 26(a). For the reasons set forth in Voelker's Statement of Undisputed Facts and Memorandum of Law in Support of Motion for Partial Summary

1

Judgment, there are no genuine issues as to any material fact on those issues and Voelker is entitled to entry of judgment as a latter of law.

In bringing this motion, Voelker's counsel hereby certifies that pursuant to Fed. R. Civ. P. 26(c)(1) and D. Mont. L.R. 26.3(c)(1) & (2) that he has conferred with counsel for Defendant BNSF Railway Company in a good-faith effort to resolve the dispute without Court action, and that such efforts have been unsuccessful. Further, pursuant to D. Mont. L.R. 7.1(c)(1), counsel for the railroad have been contacted and conveyed that they object to this motion.

Respectfully Submitted,

Dated: <u>December 22, 2020</u>

<u>/s/ William G. Jungbauer</u>
William G. Jungbauer
John D. Magnuson
David L. Tomenes, *pro hac vice*
Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
Saint Paul, MN 55127
(651) 288-9500
(651) 288-0227
wjungbauer@yjblaw.com
jmagnuson@yjblaw.com
dtomenes@yjblaw.com

*Attorneys for Plaintiff Mark Voelker*