William G. Jungbauer
John D. Magnuson
David L. Tomenes, *pro hac vice*
YAEGER & JUNGBAUER BARRISTERS, PLC
4601 Weston Woods Way
St. Paul, MN 55127
(651) 288-9500 – telephone
(651) 288-0227 – facsimile
wjungbauer@yjblaw.com
jmagnuson@yjblaw.com
dtomenes@yjblaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| MARK VOELKER, | ) | Cause No. 9:18-CV-172-DLC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **VOELKER'S FIRST MOTION** |
| vs. | ) | **FOR RELIEF FROM** |
| | ) | **PROTECTIVE ORDER** |
| BNSF RAILWAY COMPANY, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff Mark Voelker, by and through his undersigned attorneys, respectfully moves this Court for relief from the parties' stipulation for

protective order that was executed, but not filed in this case. Specifically, Voelker's counsel moves the Court to permit him to disclose portions of the Deposition of Derek Cargill that BNSF has designated as confidential to counsel for the plaintiff in *English v. BNSF Ry. Co.*, 4:18-CV-77.

In bringing this motion, Voelker's counsel certifies that he has conferred with counsel for Defendant BNSF Railway Company in a good-faith effort to resolve the dispute without Court action, and that such efforts have been unsuccessful. Further, pursuant to D. Mont. L.R. 7.1(c)(1), counsel for the railroad have been contacted and conveyed that they object to this motion.

Respectfully Submitted,

Dated: February 19, 2021

/s/ William G. Jungbauer
William G. Jungbauer
John D. Magnuson
David L. Tomenes, *pro hac vice*
Yaeger & Jungbauer Barristers, PLC
4601 Weston Woods Way
Saint Paul, MN 55127
(651) 288-9500
(651) 288-0227
wjungbauer@yjblaw.com
jmagnuson@yjblaw.com
dtomenes@yjblaw.com

*Attorneys for Plaintiff Mark Voelker*