IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARK VOELKER,<br><br>                    Plaintiff,<br><br>    vs.<br><br>BNSF RAILWAY COMPANY, a<br>Delaware corporation,<br><br>                    Defendant. | CV 18–172–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 168.)  The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear their own costs, fees, and expenses.  (*Id.*)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED with prejudice, with each party to bear their own costs, fees, and expenses.

IT IS FURTHER ORDERED that all pending motions are DENIED as moot.

The Clerk of Court is directed to close the case file.

DATED this 8th day of March, 2021.

Dana L. Christensen, District Judge
United States District Court

1